# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 28, 2011

### BEFORE

WILLIAM J. BAUER, Circuit Judge
DIANE P. WOOD, Circuit Judge
ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| No.: 10-1597 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>WAYNE SCOTT, Defendant - Appellant |

**Originating Case Information:**

District Court No: 1:09-cr-00548-1
Northern District of Illinois, Eastern Division
District Judge Blanche M. Manning

Upon consideration of the **GOVERNMENT'S UNOPPOSED MOTION TO AMEND THE OPINION**, filed on January 24, 2011, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. On page 2 of the slip opinion, the sentence beginning "In June 2009..." is replaced with the following:

In June 2009, a criminal complaint charged the defendant and his coconspirator, Gabriel A. Brown, with engaging in a scheme to defraud investors. In July 2009, a federal grand jury charged the defendant in a six-count indictment for engaging in a scheme to defraud investors through the use of the United States mail.

form name: **c7_Order_3J** (form ID: **177**)